## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-149** |
| **VERSUS** | * | **SECTION: "I"** |
| **CHRISTOPHER BLACKSTONE** | * | |

\* \* \*

## **O R D E R**

Considering the foregoing Joint Motion to Deposit Restitution Payments Made in Advance of Sentencing in the Registry of the Court;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court establish an account to hold restitution payments made in advance of sentencing in the registry of the Court.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE