UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-149 |
| VERSUS | SECTION "I" |
| CHRISTOPHER BLACKSTONE | VIOLATION: 18 U.S.C. § 1349 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **JULY 27, 2022** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   March 7, 2022

TO:
Christopher Blackstone   **(BOND)**

Counsel for defendant:
Catherine M. Maraist
One American Place, 23rd Floor
P.O. Box 3197
Baton Rouge, LA   70821-3197
Email: catherine.maraist@bswllp.com

Jack Martin Dampf
6700 Jefferson Highway, Building 3
Baton Rouge, LA 70806
Email: jack@dthlaw.net

Randall A. Smith
201 St. Charles Ave, Suite 3702
New Orleans, LA 70170
Email: rasmith@smithfawer.com

**If you change address,
notify clerk of court
by phone, 589-7752**

CAROL MICHEL, CLERK

Issued by:   Bridget Gregory, Deputy Clerk

AUSA:   Kathryn M. McHugh

SA Carlos Prieto,
DOD/OIG/DCIS

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:   NONE