UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-149 |
| CHRISTOPHER BLACKSTONE | SECTION I |

### ORDER

Considering the defendant's unopposed motion[1] to reschedule his sentencing hearing,

**IT IS ORDERED** that the motion is **GRANTED**.  The sentencing hearing is **RESET** to **WEDNESDAY, JUNE 15, 2022 at 2:00 P.M.**

New Orleans, Louisiana, March 15, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 48.