UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-149 |
| CHRISTOPHER BLACKSTONE | SECTION I |

### ORDER

Considering defendant Christopher Blackstone's objections[1] to the presentence investigation report,

**IT IS ORDERED** that the United States shall file a response to these objections no later than **FRIDAY, JUNE 3, 2022**.

New Orleans, Louisiana, May 31, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 57.