UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 20-149** |
| **CHRISTOPHER BLACKSTONE** | **SECTION I** |

## ORDER

Considering the government's unopposed motion[1] for an extension of time to respond to the defendant's objections[2] to the presentence investigation report,

**IT IS ORDERED** that the government's motion is **GRANTED**. The government shall file its response to the defendant's objections to the presentence investigation report no later than **FRIDAY, JUNE 17, 2022**.

New Orleans, Louisiana, June 6, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 64.
[2] R. Doc. No. 57.