UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-149 |
| VERSUS | SECTION "I" |
| CHRISTOPHER BLACKSTONE | VIOLATION: 18 U.S.C. § 1349 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **FEBRUARY 15, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING** PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| Date:   November 8, 2022 | CAROL MICHEL, CLERK |
| TO:<br>Christopher Blackstone   **(BOND)** | Issued by:   Bridget Gregory, Deputy Clerk |
| <u>Counsel for defendant:</u><br>Catherine M. Maraist<br>One American Place, 23rd Floor<br>P.O. Box 3197<br>Baton Rouge, LA    70821-3197<br>Email: catherine.maraist@bswllp.com | AUSA:   Kathryn M. McHugh<br><br>SA Carlos Prieto,<br>DOD/OIG/DCIS<br><br>U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| Jack Martin Dampf<br>6700 Jefferson Highway, Building 3<br>Baton Rouge, LA 70806<br>Email: jack@dthlaw.net | **JUDGE**<br><br>**MAGISTRATE** |
| Randall A. Smith<br>201 St. Charles Ave, Suite 3702<br>New Orleans, LA 70170<br>Email: rasmith@smithfawer.com | COURT REPORTER COORDINATOR<br>INTERPRETER:   NONE |

**If you change address,
notify clerk of court
by phone, 589-7752**